DAVID J. COOK, ESQ. (State Bar # 060859)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street, San Francisco, CA  94102-5106
Mailing Address: P.O. Box 270
San Francisco, CA  94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@SqueezeBloodFromTurnip.com
File No. 56,593

Attorneys for Plaintiff
MICHAEL D. MCGRANAHAN, Trustee of the Bankruptcy of Tina Brown

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In re<br><br>TIMOTHY MICHAEL BROWN,<br><br>       Debtor. | Case No.  14-91596<br><br>STIPULATION TO MODIFY AUTOMATIC STAY TO CONTINUE FREEZE UPON SAFETY DEPOSIT BOX, PENDING FURTHER ORDER OF THE COURT |

      IT IS HEREBY STIPULATED by and between Plaintiff MICHAEL D. MCGRANAHAN, Trustee of the Bankruptcy of Tina Brown, and the Debtor, TIMOTHY MICHAEL BROWN, by and through their attorneys of records, as follows:

      1. MICHAEL D. MCGRANAHAN, Trustee of the Bankruptcy of Tina Brown, served on 11/26/14 the ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS, RESTRAINING ORDER AND TURNOVER ORDER (Docket #69), a true and correct copy which is attached hereto marked *Exhibit "A"* and incorporated by reference, upon Bank of America.

      2. Bank of America responded with the letter, a true and correct copy which is attached hereto marked *Exhibit "B"* and incorporated by reference.

      3. Timothy Brown filed this Petition on 12/4/14, which imposed the automatic stay under Bkrtcy.C. § 362(a).

      4. To maintain the status quo, the automatic stay be and the same shall be modified to maintain the status quo as set forth in *Exhibit "B"* that Box #00K2398 at the Sonora BC Banking Center located at 180 S. Washington Street, Sonora, CA 95370, that the safety deposit box shall be

1. frozen and secured pending further instructions regarding the "freeze order" and further order of this court.

2. 5. The parties hereby enter into this stipulation to modify the automatic stay *nunc pro tunc* by which the sole purpose is to maintain the status quo of the enforcement directed against the safety deposit box.

3. 6. The parties covenant to each other to cooperate in the issuance of any and all other stipulations, appearances or proceedings necessary to enforce this stipulation and ensuing order. To the extent ordered by the court, notice shall be given to the creditors as may be required.

DATED: December 10, 2014    COOK COLLECTION ATTORNEYS, PLC

By: /s/ David J. Cook
DAVID J. COOK (SBN 060859)
Attorneys for Plaintiff
MICHAEL D. MCGRANAHAN, Trustee of the
Bankruptcy of Tina Brown

DATED: December 10, 2014    EQUALJUSTICELAWGROUP.COM, INC.

By:
DAVID FOYIL (SBN 178067)
Attorney for Debtor
TIMOTHY MICHAEL BROWN

F:\USERS\DJC\NEW\BROWN.TIMOTHY STIP

1/22/15 RJG
~~December ___, 2014~~

I approve the above stipulation and request that the court enter an order thereon. As the trustee in the case of Timothy Brown, the undersigned is an interested party herein and entitled to notice of proceedings herein and the right to appear and be heard thereon.

RUSSELL D. GREER, Trustee
Chapter 13 Standing Trustee

**EXHIBIT "A"**

This is to certify that this is a true and correct copy of the original 5 page(s) filed on 11-7-14 in the office of the Clerk, U.S. Bankruptcy Court.

WAYNE BLACKWELDER
U.S. Bankruptcy Court
By _____
Deputy Clerk

FILED

NOV - 7 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TINA M. BROWN,<br><br>　　　　Debtor. | Case No. 10-94467-E-7 |
| MICHAEL D. McGRANAHAN,<br>Trustee,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TIMOTHY BROWN,<br><br>　　　　Defendant. | Adv. Proc. No. 12-9003<br>Docket Control No. CCA-1 |

**ORDER GRANTING MOTION FOR ASSIGNMENT OF RIGHTS, RETRAINING ORDER AND TURNOVER ORDER**

The Motion filed by Michael McGranahan, the Judgment Creditor and Chapter 7 Trustee empowered to enforce the sanctions ordered by the court, for Assignment of Rights, Motion for Restraining Order and/or Motion for Turnover Order filed by said Judgment Creditor having been presented to the court; and upon review of the pleadings, evidence, arguments of counsel; and good cause appearing,

**IT IS ORDERED** that **the following rights to payment** of Timothy Brown, are assigned to Michael McGranahan, the Judgment Creditor

and Chapter 7 Trustee empowered to enforce the sanctions ordered by the court, until such time as the judgment and orders for monetary sanctions identified in this Order, are fully satisfied or this Order is amended,

    A.  All of the accounts, accounts receivable, rights to payment of money, general intangibles, customer deposits, customer receivables, and the like, which arise out of moving and storage services, storage rentals, the sale of packing supplies, the rendition of transportation, carriage, drayage, and other services which arise out of the transportation and moving of consumer and commercial goods and household items by a moving service; this would also include any and all revenue arising out of a storage facility; contracting and subcontracting services;

    B.  All accounts, accounts receivable, rights to payment of money, contingent rights, contract rights, deposits and deposit accounts, claims against third parties, monies due from third parties, any and all amounts which are due from any merchant bank, credit card processor, third parties or processors who process the merchant bank and/or credit card drafts, any and all rights to payment of money from any online financial services, including but not limited to PayPal, Square, Stripe, WePay, Ally Bank, and other non-brick-and-mortar financial institution;

which are or become due and in favor of and for the benefit of Judgment Debtor Timothy Brown, and other persons acting on his behalf, pursuant to the provisions of C.C.P. § 708.510. Without limitation, the assigned rights to payment include rights to payment from deposit accounts, checking accounts, certificates of deposits, credit balances due under ATM cards, savings accounts, trust accounts, and safety deposit boxes, which are specifically subject to the terms and conditions of this order, and constitute a right of payment as assigned herein.

    **IT IS FURTHER ORDERED** that Timothy Brown, the Judgment Debtor, and each of his agents and representative, shall not sell, alienate, mortgage, lien, encumber, obtain an advancement on, cash,

1  negotiate, release, waive, receive, or take any act or action to
2  reduce, impair, or divert from any of the accounts subject to this
3  Order from Michael McGranahan, the Judgment Creditor and Chapter 7
4  Trustee empowered to enforce the sanctions ordered by the court,
5  his representative and agents, or any officer enforcing this Order.

6  **IT IS FURTHER ORDERED** that within seven calendar days of
7  service of this order or the subsequent receipt of any documentary
8  evidence, note, or other item specified below, Timothy M. Brown,
9  aka Tim M. Brown, the Judgment Debtor, shall deliver and turn over
10 any and all documentary evidence of any of the accounts, including
11 but not limited to, any checks, drafts, money orders, deposits,
12 deposit accounts, books, records, papers or files, listing of
13 accounts, accounts receivable ledgers or journals, to and on behalf
14 of the United States Marshal, 501 I Street, Suite 560, Sacramento,
15 California 95814, Attn: Civil Division (Rochelle) pursuant to the
16 provisions of C.C.P. § 699.040(a).

17 **IT IS FURTHER ORDERED** that this Assignment Order is issued to
18 Michael McGranahan, the Judgment Creditor and Chapter 7 Trustee
19 empowered to enforce the sanctions ordered by the court, for the
20 enforcement of the following judgments and orders:

21     A.    Adversary Proceeding, Bankr. E.D. Cal. No. 12-09003 Dckt. 41; Judgment.

23     B.    Adversary Proceeding, Bankr. E.D. Cal. No. 12-09003 Dckt. 58, and Bankruptcy Case, E.D. Cal. No. 10-94467 Dckt. 148, Supplemental Order For Election of Monetary Damages Under Judgment.

25     C.    Adversary Proceeding, Bankr. E.D. Cal. No. 12-09003 Dckt. 57, and Bankruptcy Case, E.D. Cal. No. 10-94467 Dckt. 146, Order For Sanctions.

27     D.    Bankruptcy Case, E.D. Cal. No. 10-94467 Dckt. 105, Order For Sanctions.

1 | As set forth in this court's Supplemental Order for Election
2 | of Monetary Damages and Authorizing Enforcement of Monetary
3 | Sanctions Through Combined Writ of Execution and Other Judgment
4 | Enforcement, the above judgment and orders may be collectively
5 | enforced through this Assignment Order and all supplemental relief
6 | ordered pursuant thereto. Adversary Proceeding, Bankr. E.D. Cal.
7 | No. 12-09003 Dckt. 58, and Bankruptcy Case, E.D. Cal. No. 10-94467
8 | Dckt. 148

9 | Findings of Fact and Conclusions of Law are stated in the
10 | Civil Minutes for the October 30, 2014 hearing.
11 | Dated: November 6, 2014

_____
RONALD H. SARGIS, Judge
United States Bankruptcy Court

4

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked ____, via the U.S. mail.

    Debtor(s), Attorney for the Debtor(s), Bankruptcy Trustee (if appointed in the case), and __XX__ Other Persons Specified Below:

| | |
|---|---|
| Office of the U.S. Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814 | David Foyil<br>18 Bryson Drive<br>Sutter Creek, CA 95685 |
| Carl W. Collins<br>P.O. Box 3291<br>Modesto, CA 95353-3291 | David J. Cook<br>165 Fell Street<br>San Francisco, CA 94102 |
| Timothy Brown<br>17480 High School Rd.<br>Jamestown, CA 95327 | Timothy Brown<br>P.O. Box 458<br>Jamestown, CA 95327-0458 |
| Timothy Brown<br>14997 Camage Rd., #A<br>Sonora, CA 95370 | Timothy Brown<br>14997 Camage Rd.<br>Sonora, CA 95370 |

Case 14-91596    Filed 01/22/15    Doc 43

**EXHIBIT "B"**



Legal Order Processing
NY7-501-01-16
5701 Horatio Street
Utica, NY 13502

December 2, 2014

Cook Collection Attorneys PLC
David J. Cook
165 Fell Street
San Francisco, CA 94102

Regarding reference number: U120114000643
Case: Timothy Brown
Case number: 10-94467-E-7
Customer name: Timothy Brown

We are in receipt of your Temporary Restraining Order regarding the case named above. The following safe deposit box was frozen in relation to this order:

| Box Number | Banking Center | Location |
|---|---|---|
| 00K2398 | Sonora BC | 180 S. Washington St.<br>Sonora, CA 95370<br>209-536-5640 |

The contents of the box listed above have been secured. We are awaiting your further instructions regarding the Order and disposition of the safe deposit box listed above.

If you have any questions, please call us at 213.580.0702. We are available Monday through Friday 8 a.m. to 5 p.m. When contacting us regarding this notice, please use the reference number listed above.

Legal Order Processing

○ Recycled Paper

# PROOF OF SERVICE

David E. Foyil
EqualJusticeLawGroup.com, Inc.
18 Bryson Drive
Sutter Creek, CA 95685

Timothy Brown
17480 High School Road
Jamestown, CA 95327

Russell D. Greer, Trustee
P.O. Box 3051
Modesto, CA 95353-3051

U.S. Trustee
Office of the U.S. Trustee
Robert T. Matsui United Stated Courthouse
501 "I" Street, Room 7-500
Sacramento, CA 95814

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

STIPULATION TO MODIFY AUTOMATIC STAY TO CONTINUE FREEZE UPON SAFETY DEPOSIT BOX, PENDING FURTHER ORDER OF THE COURT

ORDER PURSUANT TO STIPULATION TO MODIFY AUTOMATIC STAY TO CONTINUE FREEZE UPON SAFETY DEPOSIT BOX, PENDING FURTHER ORDER OF THE COURT

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2015.

                                                /s/ Karene Jen
                                                Karene Jen