**40**

Carl W. Collins (State Bar No. 109282)
Attorney at Law
1127-12th Street, Suite 106
P.O. Box 3291
Modesto, California  95353
Telephone: (209) 521-8100
Facsimile: (209) 524-8461
email: carl@cwcollinslaw.com

Attorney for Michael D. McGranahan, Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Modesto Division)

| | |
|---|---|
| In re: | ) Case No: 14-91596 |
| | ) |
| Timothy Michael Brown, | ) Chapter 13 Case |
| | ) |
| 17480 High School Road | ) DC No. DEF-3 |
| Jamestown, CA 95327 | ) |
| | ) |
| S.S. xxx-xx-7405 | ) Date:  March 10, 2015 |
| | ) Time:  10:00 a.m. |
| Debtor. | ) Place: Modesto Courtroom |
| | ) Department D |

**LIST OF EXHIBITS IN SUPPORT OF OBJECTION OF CHAPTER 7**

**TRUSTEE OF THE ESTATE OF TINA BROWN IN BANKRUPTCY CASE**

**NO. 10-94467 TO DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN**

Exhibit 1 - Judgment entered on December 13, 2012
in Adversary Proceeding 12-09003  . . . . . . . . . . . . . .    3-7

Exhibit 2 - Order Granting Motion For Contempt re hearing
on August 30, 2013  . . . . . . . . . . . . . . . . . . . .    8-11

Exhibit 3 - Order Granting Motion For Contempt and Setting
Continued Hearing re hearing on September 26, 2013  . . .   12-15

Exhibit 4 - Order Granting Motion For Contempt, Imposing
Corrective Sanctions and Setting Continued Hearing
re hearing on October 31, 2013  . . . . . . . . . . . . . .   16-20

Exhibit 5 - Order Granting Motion For Contempt, Imposing
Corrective Sanctions and Setting Continued Hearing
re hearing on December 19, 2013  . . . . . . . . . . . . .   21-25

1

Exhibit 6 – Civil Minute Order re Motion For Contempt
re hearing on March 27, 2014 . . . . . . . . . . . . .    26-27

Exhibit 7 – Order Granting Motion For Contempt and Setting
Continued Hearing re hearing on July 24, 2014    . . . . .    28-30

Exhibit 8 – Supplemental Order for Election of Monetary Damages
Under Judgment (Docket 41) and Authorizing Enforcement of
Monetary Sanctions (10-4467, DCN: CWC-4) and Judgment Through
Combined Writ of Execution and Other Judgment Enforcement
re hearing on July 24, 2014    . . . . . . . . . . . .    31-34

Exhibit 9 – Civil Minutes re Motion For Contempt
re hearing on December 18, 2014 . . . . . . . . . . . .    35-36

Exhibit 10 – Order Continuing Motion For Contempt and Order to
Appear re hearing on February 12, 2015 . . . . . . . . .    37-40

LIST OF EXHIBITS IN SUPPORT OF OBJECTION
OF CHAPTER 7 TRUSTEE OF THE ESTATE OF TINA
BROWN IN BANKRUPTCY CASE NO. 10-94467 TO
DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN

2

(5)

**FILED**

DEC 1 3 2012

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1

2

3

4

5       **UNITED STATES BANKRUPTCY COURT**

6       **EASTERN DISTRICT OF CALIFORNIA**

7

8

9

In re                              )  Case No. 10-94467-E-7
10                                   )
TINA M. BROWN,                       )
11                                   )
              Debtor(s).             )
12    _____)
                                     )
13    MICHAEL D. MCGRANAHAN,          )  Adv. Pro. No. 12-9003
      Trustee,                       )
14                                   )
              Plaintiff,             )
15    v.                             )
                                     )
16    TIMOTHY BROWN,                 )
                                     )
17              Defendant(s).        )
18    _____)

19                          **JUDGMENT**

20         The court having granted the Motion for Summary Judgment filed

21    by Plaintiff Michael D. McGranahan, the Chapter 7 Trustee, (Order

22    and Civil Minutes with Conclusions of Law, Dckts. 39, 36); and good

23    cause appearing,

24         **IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is entered

25    in favor of Plaintiff Michael D. McGranahan, Chapter 7 Trustee, and

26    against Timothy Brown determining that the following vehicles are

27    property of the Tina M. Brown Bankruptcy Estate (Eastern District

28    of California Bankruptcy Case No. 10-94467) and that Michael D.

McGranahan is entitled to immediate possession of the following vehicles,

    1. One 1997 Harley Davidson Red Fat Boy Motorcycle, VIN IBL15Y032282;

    2. One 2008 Harley Davidson Cross Bones Motorcycle, VIN IJM555840575; and

    3. One 2007 Chevrolet Corvette Automobile, License No. 5XYR543, VIN IGIYY26U575133800.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Timothy Brown, and his agents and representatives, shall deliver possession of the three above-identified vehicles, and each of them, to Michael D. McGranahan, the Chapter 7 Trustee, on or before **December 31, 2012**, with the vehicles, and each of them, delivered to the Trustee at Huisman Auctions, Inc., 13070 W. Stockton Blvd, Galt, California 95362, during normal business hours.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff Michael D. McGranahan, Chapter 7 Trustee, and against Timothy Brown, if so elected by the Chapter 7 Trustee, in the following amounts for any of the vehicles which Timothy Brown fails to timely deliver possession thereof to the Chapter 7 Trustee:

    1. $7,000.00 for the 1997 Harley Davidson Red Fat Boy Motorcycle, VIN IBL15Y032282;

    2. $11,000.00 for the 2008 Harley Davidson Cross Bones Motorcycle, VIN IJM555840575; and

    3. $24,915.00 for the 2007 Chevrolet Corvette Automobile, License No. 5XYR543, VIN IGIYY26U575133800.

///

1    The Plaintiff Michael D. McGranahan, the Chapter 7 Trustee,

2  shall exercise the election to enforce the monetary judgment in

3  lieu of the judgment for possession for one or more of the vehicles

4  by filing in this Adversary Proceeding one or more notices of

5  election to enforce monetary judgment.  Each Notice shall identify

6  the vehicles for which the election is made and the amount of the

7  monetary judgment relating to such Notice.  Such elections may be

8  made by Plaintiff Michael D. McGranahan, the Chapter 7 Trustee,  at

9  any time during which the judgment, and any renewals of the

10 judgment, are enforceable.

11    **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** pursuant to this

12 Judgment that Timothy Brown shall execute all such documents of

13 title as reasonably requested by Plaintiff Michael D. McGranahan,

14 the Chapter 7 Trustee, to place title in the Chapter 7 Trustee or

15 any purchaser of the vehicle or vehicles from the Chapter 7 Trustee

16 as a matter of record with the State of California.

17    **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** pursuant to this

18 Judgment that upon motion of a party to this Adversary Proceeding,

19 the court shall issue supplemental orders pursuant to this judgment

20 or a separate judgment pursuant to Federal Rule of Civil Procedure

21 70(b) and Federal Rule of Bankruptcy Procedure 7070 divesting

22 Timothy Brown of title to each or any of the vehicles and vesting

23 such title in Michael D. McGranahan, the Chapter 7 Trustee, or the

24 purchaser of such vehicle or vehicles from Michael D. McGranahan,

25 the Chapter 7 Trustee.

26    Plaintiff Michael D. McGranahan, the Chapter 7 Trustee, shall

27 file and serve on or before **December 31, 2012,** (1) an *ex parte*

28 motion stating the basis for and computing the amount of

3

1  pre-judgment interest requested as part of this judgment for each

2  vehicle, and (2) a costs bill, if any.  Such interest and costs as

3  allowed by the court shall be enforced as part of the judgment.

4  Dated: December 13, 2012

5

6  _____

7  RONALD H. SARGIS, Judge
   United States Bankruptcy Court

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This document does not constitute a certificate of service.  The parties listed below will be served a separate copy of the attached document(s).

Tina Brown
P O Box 3931
Sonora, CA 95370

Carl Collins
PO Box 3291
Modesto, CA 95353-3291

Michael Germain
945 Morning Star Dr
Sonora, CA 95370

Michael McGranahan
PO Box 5018
Modesto, CA 95352

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street , Room 7-500
Sacramento, CA 95814

David Foyil
18 Bryson Dr
Sutter Creek, CA 95685

④

FILED

AUG 30 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re                                  )    Case No. 10-94467-E-7
                                       )    Docket Control No. CWC-4
TINA M. BROWN,                         )
                                       )    DATE: September 26, 2013
              Debtor.                  )    TIME: 10:30 a.m.
                                       )    DEPT: E
―――――――――――――――――――――――――――――――        )

**ORDER GRANTING MOTION FOR CONTEMPT**

The Motion for Contempt filed by the Chapter 7 Trustee having
been presented to the court, Findings of Fact and Conclusions of
Law being stated in the Civil Minutes for the hearing, upon review
of the pleadings, evidence, arguments of counsel, and good cause
appearing,

**IT IS ORDERED** that the Motion is granted and the court issues
this order to compel the turnover of the vehicles identified herein
by a date certain and the payment of attorneys' fees to reimburse
the bankruptcy estate for Tim Brown's failure to comply with the
December 13, 2012 Judgment and Order of this court.  Adv. Proc.
12-9003, Dckt. 41.

**IT IS FURTHER ORDERED** that a continued hearing on this Order
and Tim Brown's compliance herewith shall be conducted at
**10:30 a.m. on September 26, 2013.**

PAGE

1    **IT IS FURTHER ORDERED** that Tim Brown shall turnover and
2    deliver possession of the following vehicles to Michael D.
3    McGranahan, the Chapter 7 Trustee, to his designated representative
4    identified in this order:

5             A.   Tim Brown shall turnover and deliver possession of
6    the 1997 Harley Davidson Red Fat Boy Motorcycle, to the Trustee's
7    representative, Huisman Auctions, Inc., at 13070 W. Stockton
8    Blvd., Galt, California, during regular business hours on or before
9    **4:00 p.m. on August 28, 2013**.

10            B.   Tim Brown shall turnover and deliver possession of
11   the 2007 Chevrolet Corvette Automobile, License No. 5XYR543, VIN
12   IGIYY26U575133800, to the Trustee's representative, Huisman
13   Auctions, Inc., at 13070 W. Stockton Blvd., Galt, California,
14   during regular business hours on or before **4:00 p.m. on**
15   **September 4, 2013**.

16            C.   With each vehicle, Tim Brown shall turn over to
17   Huisman Auctions, Inc. the current registration, title documents,
18   the names of any lien holders, and contact information for such
19   lien holders.

20   **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Michael D.
21   McGranahan is awarded, and David Foyil (counsel for Tim Brown)
22   shall pay, $1,593.56 on or before **September 23, 2013**, to compensate
23   the estate for the legal fees incurred in connection with the
24   present motion (through the August 22, 2013 hearing) caused by Tim
25   Brown's failure to comply with the court's December 13, 2012
26   Judgment and Order.  David Foyil agreed to pay these expenses at
27   the August 22, 2013 hearing, and such award is not made as a
28   "sanction" for improper conduct by counsel.  This Order constitutes

1    a judgment (Fed. R. Civ. P. 54(a) and Fed. R. Bankr. P. 7054, 9014)

2    and may be enforced pursuant to the Federal Rules of Civil

3    Procedure and Federal Rule of Bankruptcy Procedure (including Fed.

4    R. Civ. P. 69 and Fed. R. Bankr. P. 7069, 9014).

5       The issuance of this order does not replace or alter the

6    December 13, 2012 Judgment and Order, and is made as a necessary

7    order in the enforcement of that judgment.

8    Dated: August 30, 2013

11       RONALD H. SARGIS, Judge
       United States Bankruptcy Court

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below.  The Clerk of Court will send the Order via the BNC or, if checked ＿＿＿, via the U.S. mail.

       Debtor(s), Attorney for the Debtor(s), Bankruptcy Trustee (if appointed in the case), and
＿＿XX＿＿ Other Persons Specified Below:

Office of the U.S. Trustee
Robert T. Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Carl W. Collins
P.O. Box 3291
Modesto, CA 95353-3291

Timothy Brown
c/o David Foyil
18 Bryson Drive
Sutter Creek, CA 95685

Timothy Brown
17480 High School Road
Jamestown, CA 95327

Timothy Brown
P.O. Box 458
Jamestown, CA 95327

Tim Brown
14997 Camage Road, #B
Sonora, CA 95370

Michael R. Germain
945 Morning Star Drive
Sonora, CA 95370

Patrick B. Greenwell
945 Morning Star Drive
Sonora, CA 95370



**FILED**

OCT − 1 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

KVAS

1

2

3

4

5      **UNITED STATES BANKRUPTCY COURT**

6      **EASTERN DISTRICT OF CALIFORNIA**

7

8

9   | In re                                )   Case No. 10-94467-E-7
    |                                      )   Docket Control No. CWC-4
10  | TINA M. BROWN,                       )
    |                                      )   DATE: October 31, 2013
11  |                    Debtor.           )   TIME: 2:30 p.m.
    | _____  )   DEPT: E

12

13                **ORDER GRANTING MOTION FOR CONTEMPT**
                  **AND SETTING CONTINUED HEARING**

14

15        The Motion for Contempt filed by the Chapter 7 Trustee having

16   been presented to the court, Findings of Fact and Conclusions of

17   Law being stated in the Civil Minutes for the hearing, upon review

18   of the pleadings, evidence, arguments of counsel, and good cause

19   appearing,

20        **IT IS ORDERED** that the Motion is granted and the court issues

21   this order to compel the turnover of the vehicles identified herein

22   by a date certain and the payment of attorneys' fees to reimburse

23   the bankruptcy estate for Tim Brown's failure to comply with the

24   December 13, 2012 Judgment and Order of this court.  Adv. Proc.

25   12-9003, Dckt. 41.

26        **IT IS FURTHER ORDERED** that a continued hearing on this Order

27   and Tim Brown's compliance herewith shall be conducted at **2:30 a.m.**

28   **on October 31, 2013.**  At the continued hearing the court shall

consider what further corrective sanctions, monetary and non-monetary should be ordered by the court.

**IT IS FURTHER ORDERED** that Tim Brown shall turnover and deliver possession of the following vehicles to Michael D. McGranahan, the Chapter 7 Trustee, to his designated representative identified in this order:

A.   Tim Brown shall turnover and deliver possession of the 1997 Harley Davidson Red Fat Boy Motorcycle, to the Trustee's representative, Huisman Auctions, Inc., at 13070 W. Stockton Blvd., Galt, California, during regular business hours on or before **4:00 p.m. on October 15, 2013.**

B.   Tim Brown shall turnover and deliver possession of the 2007 Chevrolet Corvette Automobile, License No. 5XYR543, VIN IGIYY26U575133800, to the Trustee's representative, Huisman Auctions, Inc., at 13070 W. Stockton Blvd., Galt, California, during regular business hours on or before **4:00 p.m. on October 15, 2013.**

C.   With each vehicle, Tim Brown shall turn over to Huisman Auctions, Inc. the current registration, title documents, the names of any lien holders, and contact information for such lien holders.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that if Tim Brown fails to timely turn over both of the above-described vehicles, the court shall order corrective monetary sanctions of $31,915.00 to be paid by Tim Brown to the Clerk of the Court immediately. If said sanctions are not paid, the court will direct the Chapter 7 Trustee to enforce the payment of the sanctions in the same manner as a

1  judgment, including the placement or assignment of the sanctions

2  with a third-party collection agency or collection attorney.  These

3  sanctions are ordered as corrective sanctions, which Tim Brown may

4  avoid having imposed by complying with the order of this court to

5  timely turn over both of the vehicles.

6      The issuance of this order does not replace or alter the

7  December 13, 2012 Judgment and Order, and is made as a necessary

8  order in the enforcement of that judgment.

9  Dated: September 30, 2013

12                    RONALD H. SARGIS, Judge
                     United States Bankruptcy Court

3

# Instructions to Clerk of Court
## Service List - Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below.  The Clerk of Court will send the Order via the BNC or, if checked _____, via the U.S. mail.

      Debtor(s), Attorney for the Debtor(s), Bankruptcy Trustee (if appointed in the case), and ___XX____ Other Persons Specified Below:

Office of the U.S. Trustee
Robert T. Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Carl W. Collins
P.O. Box 3291
Modesto, CA 95353-3291

Timothy Brown
c/o David Foyil
Law Office of David Foyil
18 Bryson Drive
Sutter Creek, CA 95685

Timothy Brown
17480 High School Rd.
Jamestown, CA 95327

Timothy Brown
P.O. Box 458
Jamestown, CA 95327

Tim Brown
14997 Camage Rd., #B
Sonora, CA 95370

Michael R. Germain
945 Morning Star Drive
Sonora, CA 95370

Patrick B. Greenwell
945 Morning Star Drive
Sonora, CA 95370

⑤

FILED

NOV - 5 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re                                    )   Case No. 10-94467-E-7
                                         )   Docket Control No. CWC-4
TINA M. BROWN,                           )
                                         )   DATE: December 19, 2013
              Debtor.                    )   TIME: 2:30 p.m.
_____          )   DEPT: E

**ORDER GRANTING MOTION FOR CONTEMPT,**
**IMPOSING CORRECTIVE SANCTIONS,**
**AND**
**SETTING CONTINUED HEARING**

The Motion for Contempt filed by the Chapter 7 Trustee having been presented to the court, Findings of Fact and Conclusions of Law being stated in the Civil Minutes for the hearing, upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the Motion is granted and the court issues this order to compel the turnover of the vehicles identified herein by a date certain and the payment of attorneys' fees to reimburse the bankruptcy estate for Tim Brown's failure to comply with the December 13, 2012 Judgment and Order of this court.  Adv. Proc. 12-9003, Dckt. 41.

**IT IS FURTHER ORDERED** that a continued hearing on this Motion and Order concerning Tim Brown's compliance herewith and the

1   Judgment shall be conducted at **2:30 p.m. on December 19, 2013**.  At

2   the continued hearing the court shall consider what further

3   corrective sanctions, monetary and non-monetary should be ordered

4   by the court, if any are necessary and appropriate.

5       **IT IS FURTHER ORDERED** that Tim Brown shall pay to the Clerk of

6   the United States Bankruptcy Court for the Eastern District of

7   California, for deposit in the United States Treasury, $31,915.00

8   in corrective sanctions on or before **November 26, 2013**.

9       **IT IS FURTHER ORDERED** that Tim Brown shall turnover and

10  deliver possession of the following vehicles to Michael D.

11  McGranahan, the Chapter 7 Trustee, to his designated representative

12  identified in this order:

13      A.  Tim Brown shall turnover and deliver possession of the

14           1997 Harley Davidson Red Fat Boy Motorcycle, to the

15           Trustee's representative, Huisman Auctions, Inc., at

16           13070 W. Stockton Blvd., Galt, California, during regular

17           business hours on or before **4:00 p.m. on November 26,**

18           **2013.**

19      B.  Tim Brown shall turnover and deliver possession of the

20           2007 Chevrolet Corvette Automobile, License No. 5XYR543,

21           VIN IGIYY26U575133800, to the Trustee's representative,

22           Huisman Auctions, Inc., at 13070 W. Stockton Blvd., Galt,

23           California, during regular business hours on or before

24           **4:00 p.m. on November 26, 2013.**

25      C.  With each vehicle, Tim Brown shall turn over to Huisman

26           Auctions, Inc. the current registration, title documents,

27           the names of any lien holders, and contact information

28           for such lien holders.

PAGE 17

1    **IT IS FURTHER ORDERED** that if Tim Brown fails to timely turn
2    over both of the above-described vehicles, Tim Brown shall pay the
3    Clerk of the United States Bankruptcy Court for the Eastern
4    District of California, for deposit in the United States Treasury,
5    further corrective monetary sanctions of $750.00 a day for each day
6    beginning with and after December 1, 2013, that the vehicles, and
7    both of them, have not been turned over to the Chapter 7 Trustee as
8    now ordered.  The court shall conduct further hearings by which the
9    accruing amount of sanctions is specified and ordered to be paid by
10   a date certain.

11   **IT IS FURTHER ORDERED** that on or before **November 26, 2013**, Tim
12   Brown shall pay $2,683.34 (consisting of $2,532.00 in attorneys'
13   fees and $151.34 in expenses), for the period July 3, 2013 through
14   October 22, 2013, to Michael McGranahan, the Chapter 7 Trustee.
15   The $2,683.34 is for the damages incurred by the Chapter 7 Trustee
16   due to Tim Brown's failure to comply with the Mandatory Injunction
17   in the Judgment and Order of this court for the turn over the
18   vehicles.  The payment shall be made by U.S. Mail, third-party
19   express delivery, or by hand delivery to the office of Carl
20   Collins, counsel for the Chapter 7 Trustee.

21   **IT IS FURTHER ORDERED** that if Tim Brown fails to pay the
22   $31,915.00 in sanctions to the Clerk of the Court on or before
23   November 26, 2013, the Chapter 7 Trustee may enforce the payment of
24   the sanctions in the same manner as a judgment, including the
25   placement or assignment of the sanctions with a third-party
26   collection agency, collection attorney, or collection service.  The
27   Chapter 7 Trustee shall obtain authorization for the employment of
28   a collection agency, collection attorney, or other service from the

1  court pursuant to 11 U.S.C. § 327, including approval of any

2  percentage or contingent fee to be retained from the sanctions

3  collected for such services.

4      The issuance of this order does not replace or alter the

5  December 13, 2012 Judgment, prior orders, or the awards of any

6  other sanctions or damages, and is made as a necessary order in the

7  enforcement of that Judgment.

8      This Order constitutes a judgment (Fed. R. Civ. P. 54(a) and

9  Fed. R. Bankr. P. 7054, 9014) and may be enforced pursuant to the

10 Federal Rules of Civil Procedure and Federal Rule of Bankruptcy

11 Procedure (including Fed. R. Civ. P. 69 and Fed. R. Bankr. P. 7069,

12 9014)

13 Dated: November 5, 2013

14

15

16      RONALD H. SARGIS, Judge
        United States Bankruptcy Court

17

18

19

20

21

22

23

24

25

26

27

28

4

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below.  The Clerk of Court will send the Order via the BNC or, if checked _____, via the U.S. mail.

      Debtor(s), Attorney for the Debtor(s), Bankruptcy Trustee (if appointed in the case), and ___XX____ Other Persons Specified Below:

Office of the U.S. Trustee
Robert T. Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Carl W. Collins
P.O. Box 3291
Modesto, CA 95353-3291

Timothy Brown
c/o David Foyil
Law Office of David Foyil
18 Bryson Drive
Sutter Creek, CA 95685

Timothy Brown
17480 High School Rd.
Jamestown, CA 95327

Timothy Brown
P.O. Box 458
Jamestown, CA 95327

Tim Brown
14997 Camage Rd., #B
Sonora, CA 95370

Michael R. Germain
945 Morning Star Drive
Sonora, CA 95370

Patrick B. Greenwell
945 Morning Star Drive
Sonora, CA 95370



⑤

1
2
3
4
5        **UNITED STATES BANKRUPTCY COURT**

6        **EASTERN DISTRICT OF CALIFORNIA**

7
8
9
10   In re                          )    Case No. 10-94467-E-7
                                    )    Docket Control No. CWC-4
11   TINA M. BROWN,                 )
                                    )    DATE: March 27, 2014
12                    Debtor.       )    TIME: 2:30 p.m.
                                    )    DEPT: E
13   _____)

14            **ORDER GRANTING MOTION FOR CONTEMPT,**
                **IMPOSING CORRECTIVE SANCTIONS,**
15                             **AND**
                **SETTING CONTINUED HEARING**
16

17       The Motion for Contempt filed by the Chapter 7 Trustee having

18   been presented to the court; Findings of Fact and Conclusions of

19   Law being stated in the Civil Minutes for the hearing; upon review

20   of the pleadings, evidence, arguments of counsel; and good cause

21   appearing,

22       **IT IS ORDERED** that the Motion is granted and the court issues

23   this order to compel the turnover of the vehicles identified herein

24   by a date certain and the payment of attorneys' fees to reimburse

25   the bankruptcy estate for Tim Brown's failure to comply with the

26   December 13, 2012 Judgment and Order of this court.   Adv. Proc.

27   12-9003, Dckt. 41.

28       **IT IS FURTHER ORDERED** that a continued hearing on this Motion

1 and Order concerning Tim Brown's compliance herewith and the
2 Judgment shall be conducted at **2:30 p.m. on March 27, 2014**. At the
3 continued hearing the court shall consider what further corrective
4 sanctions, monetary and non-monetary, should be ordered by the
5 court, if any are necessary and appropriate.

6    **IT IS FURTHER ORDERED** that Tim Brown shall turnover and
7 deliver possession of the following vehicles to Michael D.
8 McGranahan, the Chapter 7 Trustee, to his designated representative
9 identified in this order:

10    A.    Tim Brown shall turnover and deliver possession of the
11          1997 Harley Davidson Red Fat Boy Motorcycle, to the
12          Trustee's representative,  Huisman Auctions, Inc., at
13          13070 W. Stockton Blvd., Galt, California, during regular
14          business hours on or before **4:00 p.m. on January 31,**
15          **2014.**

16    B.    Tim Brown shall turnover and deliver possession of the
17          2007 Chevrolet Corvette Automobile, License No. 5XYR543,
18          VIN IGIYY26U575133800, to the Trustee's representative,
19          Huisman Auctions, Inc., at 13070 W. Stockton Blvd., Galt,
20          California, during regular business hours on or before
21          **4:00 p.m. on January 31, 2014.**

22    C.    With each vehicle, Tim Brown shall turn over to Huisman
23          Auctions, Inc. the current registration, title documents,
24          the names of any lien holders, and contact information
25          for such lien holders.

26    **IT IS FURTHER ORDERED** that because of Tim Brown's continuing
27 failure to timely turn over both of the above-described vehicles,
28 Tim Brown shall pay the Clerk of the United States Bankruptcy Court

2

1   for the Eastern District of California, for deposit in the United

2   States Treasury, further corrective monetary sanctions of $750.00

3   a day for each day, beginning with and continuing after December 1,

4   2013, until both of the vehicles listed in the preceding paragraph

5   have been turned over to the Chapter 7 Trustee.

6       The court may issue, and the Chapter 7 Trustee or Clerk of the

7   Court may request, supplemental orders stating the amount of the

8   accrued corrective sanctions computed at the rate of $750.00 a day

9   to be then enforced by the Chapter 7 Trustee, collection lawyer,

10   collection agency, or a representative of the Department of Justice

11   in enforcing the civil sanctions.

12       **IT IS FURTHER ORDERED** the Chapter 7 Trustee may enforce the

13   payment of all corrective sanctions ordered by the court in

14   connection with this Contested Matter, in the same manner as a

15   judgment, including the placement or assignment of the sanctions

16   with a third-party collection agency, collection attorney, or

17   collection service.    The Chapter 7 Trustee shall obtain

18   authorization for the employment of a collection agency, collection

19   attorney, or other service from the court pursuant to 11 U.S.C.

20   § 327, including approval of any percentage or contingent fee to be

21   retained from the sanctions collected for such services.

22       The issuance of this order does not replace or alter the

23   December 13, 2012 Judgment, prior orders, or the awards of any

24   other sanctions or damages, and is made as a necessary order in the

25   enforcement of that Judgment.

26       This Order constitutes a judgment (Fed. R. Civ. P. 54(a) and

27   Fed. R. Bankr. P. 7054, 9014) and may be enforced pursuant to the

28   Federal Rules of Civil Procedure and Federal Rule of Bankruptcy

3

1    Procedure (including Fed. R. Civ. P. 69 and Fed. R. Bankr. P. 7069,

2    9014)

3    Dated: December 20, 2013

4

5

6                                    RONALD H. SARGIS, Judge
                                     United States Bankruptcy Court
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    4

# Instructions to Clerk of Court
## Service List - Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC or, if checked _____, via the U.S. mail.

      Debtor(s), Attorney for the Debtor(s), Bankruptcy Trustee (if appointed in the case), and __XX____ Other Persons Specified Below:

Office of the U.S. Trustee
Robert T. Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Carl W. Collins
P.O. Box 3291
Modesto, CA 95353-3291

Timothy Brown
c/o David Foyil
Law Office of David Foyil
18 Bryson Drive
Sutter Creek, CA 95685

Timothy Brown
17480 High School Rd.
Jamestown, CA 95327

Timothy Brown
P.O. Box 458
Jamestown, CA 95327

Tim Brown
14991 Camage Rd., #A
Sonora, CA 95370

Michael R. Germain
945 Morning Star Drive
Sonora, CA 95370

Patrick B. Greenwell
945 Morning Star Drive
Sonora, CA 95370

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Tina M. Brown | **Case No :** | 10−94467 − E − 7 |
| | | **Date :** | 3/27/14 |
| | | **Time :** | 2:30 |

**Matter :** [63] − Motion/Application For Contempt [CWC−4] Filed by Trustee Michael D. McGranahan (rlos)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Cecilia Jimenez
**Reporter :** Laura Fowler
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
    Trustee's Attorney − Carl W. Collins
**Respondent(s) :**
None

---

### CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The hearing on the Order to Show Cause issued by the court having been conducted, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the hearing on the Order to Show Cause is continued to August 21, 2014 at 2:30 p.m.

Dated: April 04, 2014

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

PAGE 26

This document does not constitute a certificate of service. The parties listed below will be served a separate copy of the attached Civil Minute Order.

Carl Collins
PO Box 3291
Modesto, CA 95353-3291

Michael McGranahan
PO Box 5018
Modesto, CA 95352

Michael Germain
945 Morning Star Dr
Sonora, CA 95370

Patrick Greenwell
945 Morning Star Dr
Sonora, CA 95370

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street , Room 7-500
Sacramento, CA 95814

Timothy Brown
c/o David Foyil
Law Office of David Foyil
18 Bryson Drive
Sutter Creek, CA 95685

Timothy Brown
PO Box 458
Jamestown CA 95327

Timothy Brown
17480 High School Rd.
Jamestown, CA 95327

Tim Brown
14991 Camage Rd., #A
Sonora, CA 95370

Tina M. Brown
PO Box 3931
Sonora, CA 95370



FILED

AUG 6 2014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1
2
3
4
5          **UNITED STATES BANKRUPTCY COURT**
6          **EASTERN DISTRICT OF CALIFORNIA**
7
8
9   In re                          )   Case No. 10-94467-E-7
                                   )   Docket Control No. CWC-4
10  TINA M. BROWN,                 )
                                   )   DATE: December 18, 2014
11              Debtor.            )   TIME: 10:30 a.m.
    _____)   DEPT: E
12
13          **ORDER GRANTING MOTION FOR CONTEMPT**
                            **AND**
14          **SETTING CONTINUED HEARING**

15      The Motion for Contempt filed by the Chapter 7 Trustee having

16  been presented to the court; Findings of Fact and Conclusions of

17  Law being stated in the Civil Minutes for the hearing; upon review

18  of the pleadings, evidence, arguments of counsel; and good cause

19  appearing,

20      **IT IS ORDERED** that the Motion is granted and the court issues

21  this order for additional corrective sanctions for Timothy Brown's

22  failure to turn over the vehicles identified herein by a date

23  certain.    Adv. Proc. 12-9003, Dckt. 41; Bankruptcy Case No.

24  10-94467, DCN: CWC-4, Contempt Order Dckt. 105

25      **IT IS FURTHER ORDERED** that Timothy Brown (a.k.a. Tim Brown)

26  shall pay the additional $13,650.00 in corrective sanctions for

27  failing to turn over the 1997 Harley Davidson Red Fat Boy

28  Motorcycle, VIN IBL15Y032282, and the 2007 Chevrolet Corvette, VIN

1 IGIYY26U575133800.    The  additional  $13,650.00  in  corrective

2 sanctions  are  immediately  due  and  payable  upon  issuance  of  this

3 order.  The $13,650.00 in additional sanctions may be enforced with

4 the  prior  $31,915.00  in  sanctions,  for  combined  sanctions  of

5 $45,565.00, in addition to any other sanctions ordered as part of

6 proceedings under this Motion for Contempt, DCN: CWC-4.

7     **IT IS FURTHER ORDERED** that the monetary judgment in Adversary

8 Proceeding 12-9003 and the monetary sanctions ordered to be paid by

9 Timothy Brown in the Tina Brown Bankruptcy Case, No. 10-94467, DCN:

10 CWC 6, may, at the election of Michael D. McGranahan, the Plaintiff

11 Judgment Creditor in Adversary Proceeding 12-9003 and the Chapter 7

12 Trustee in Case No. 10-94467, be enforced by one writ of execution,

13 writ  of  attachment,  or  other  appropriate  enforcement  under

14 applicable law.  Such writs or other enforcement orders or notices

15 shall have the joint caption for the bankruptcy case and adversary

16 proceeding,  and  list  both  the  bankruptcy  case  and  adversary

17 proceeding numbers.  All files opened and maintained by any levying

18 officer (local, state, or federal) shall be identified by both the

19 Bankruptcy Case and the Adversary Proceeding.

20     **IT IS FURTHER ORDERED** that the monies recovered by Michael D.

21 McGranahan as the Chapter 7 Trustee in enforcing the Sanction Order

22 and the Judgment Creditor enforcing the Judgment shall be allocated

23 75% to the Judgment and 25% to Sanctions.

24     **IT IS FURTHER ORDERED** that the hearing on the Motion for

25 Sanctions is continued to **10:30 a.m. on December 18, 2014.**

26 Dated: August 6, 2014

27

28                     RONALD H. SARGIS, Judge
                    United States Bankruptcy Court

2

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below.  The Clerk of Court will send the Order via the BNC or, if checked ____, via the U.S. mail.

**Debtor(s), Attorney for the Debtor(s), Bankruptcy Trustee** (if appointed in the case), and __XX____ Other Persons Specified Below:

Office of the U.S. Trustee
Robert T. Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Carl W. Collins
P.O. Box 3291
Modesto, CA 95353-3291

David Foyil
Law Office of David Foyil
18 Bryson Drive
Sutter Creek, CA 95685

Timothy Brown
17480 High School Rd.
Jamestown, CA 95327

Timothy Brown
P.O. Box 458
Jamestown, CA 95327-0458

Timothy Brown
14997 Camage Rd., #A
Sonora, CA 95370

Timothy Brown
14997 Camage Rd.
Sonora, CA 95370

Michael R. Germain
945 Morning Star Drive
Sonora, CA 95370

Patrick B. Greenwell
945 Morning Star Drive
Sonora, CA 95370

(X)

```
                                          ┌─────────────────────────┐
                                          │        FILED            │
                                          │  ┌───────────────────┐  │
                                          │  │                   │  │
                                          │  │    AUG  6 2014    │  │  S W A S
                                          │  │                   │  │
                                          │  └───────────────────┘  │
                                          │ UNITED STATES BANKRUPTCY COURT │
                                          │  EASTERN DISTRICT OF CALIFORNIA │
                                          └─────────────────────────┘
```

1

2

3

4

5              **UNITED STATES BANKRUPTCY COURT**

6               **EASTERN DISTRICT OF CALIFORNIA**

7

8

9   In re                          )    Case No. 10-94467-E-7
                                   )    Docket Control No. CWC-6
10  TINA M. BROWN,                 )
                                   )
11              Debtor.            )
    _____)

12

13      **SUPPLEMENTAL ORDER FOR ELECTION OF MONETARY**
            **DAMAGES UNDER JUDGMENT (DCKT 41)**
14                      **AND**
        **AUTHORIZING ENFORCEMENT OF MONETARY**
15        **SANCTIONS (10-4467, DCN: CWC-4)**
          **and JUDGMENT THROUGH COMBINED WRIT OF**
16       **EXECUTION AND OTHER JUDGMENT ENFORCEMENT**

17      The Motion for Consolidation of Money Judgment and Corrective

18  Contempt  Sanctions  for  Purposes  of  Enforcement  having  been

19  presented to the court; upon review of the pleadings, evidence,

20  arguments of counsel; Findings of Fact and Conclusions of Law being

21  stated  in  the  Civil  Minutes  for  the  hearing;  and  good  cause

22  appearing,

23      **IT IS ORDERED** that the Motion is granted.

24      **IT  IS  FURTHER  ORDERED** that  the  Judgment  in  Adversary

25  Proceeding 12-09003 (Dckt. 41) ("Judgment") in favor of the

26  Michael D. McGranahan, the Plaintiff-Trustee Judgment Creditor, and

27  against Timothy Brown, is a monetary judgment in the amount of

28  $31,915.00, which monetary award shall be enforced as part of the

1  Judgment.   The $31,915.00 in damages are awarded as previously

2  determined for the 1997 Harley Davidson Red Fat Boy Motorcycle, VIN

3  IBL15Y032282,    and    the    2007    Chevrolet    Corvette,    VIN

4  IGIYY26U575133800 in the Judgment.

5      **IT IS FURTHER ORDERED** that the monetary judgment in the amount

6  of $31,915.00 is pursuant to the election by the Plaintiff-Trustee

7  under the Final Judgment (12-09003 Dckt. 41) for enforcement of the

8  monetary judgment in lieu of the right to possession of the two

9  vehicles.

10      This order from monetary judgment amount is deemed a part of

11  the Judgment (Dckt. 41).

12      **IT IS FURTHER ORDERED** that the court has awarded $381.00 as

13  costs and $2,638.34 for attorneys' fees as part of the sanctions

14  (Contempt Order No. 1, 10-94467, Dckt. 105) to be paid by Timothy

15  Brown, which may be enforced by the Plaintiff-Trustee.

16      **IT IS FURTHER ORDERED** that in addition to the $31,915.00 of

17  sanctions ordered to be paid by Timothy Brown to the Clerk of the

18  Court (Bankruptcy Case No. 10-94467, Order DCN: CWC-4, Dckt. 105)),

19  the court orders additional corrective sanctions in the amount of

20  $13,650.00 to be paid by Timothy Brown to the Clerk of the

21  Bankruptcy Court for deposit in the United States Treasury.   The

22  total corrective sanctions Timothy Brown is ordered to pay is

23  $45,565.00.   This Order constitutes a judgment (Fed. R. Civ. P.

24  54(a) and Fed. R. Bankr. P. 7054, 9014) and the $45,565.00 in

25  sanctions may be enforced pursuant to the Federal Rules of Civil

26  Procedure and Federal Rule of Bankruptcy Procedure (including Fed.

27  R. Civ. P. 69 and Fed. R. Bankr. P. 7069, 9014).

28      **IT IS FURTHER ORDERED** that the monetary judgment in Adversary

2

PAGE 32

1  Proceeding 12-9003 and the monetary sanctions ordered to be paid by
2  Timothy Brown in the Tina Brown Bankruptcy Case, No. 10-94467, DCN:
3  CWC 6, may, at the election of Michael D. McGranahan, the Plaintiff
4  Judgment Creditor in Adversary Proceeding 12-9003 and the Chapter 7
5  Trustee in Case No. 10-94467, be enforced by one writ of execution,
6  writ of attachment, or other appropriate enforcement under
7  applicable law.  Such writs or other enforcement orders or notices
8  shall have the joint caption for the bankruptcy case and adversary
9  proceeding, and list both the bankruptcy case and adversary
10  proceeding numbers.  All files opened and maintained by any levying
11  officer (local, state, or federal) shall be identified by both the
12  Bankruptcy Case and the Adversary Proceeding.

13      **IT IS FURTHER ORDERED** that the monies recovered by Michael D.
14  McGranahan as the Chapter 7 Trustee in enforcing the Sanction Order
15  and the Judgment Creditor enforcing the Judgment shall be allocated
16  75% to the Judgment and 25% to Sanctions.

17  Dated: August 6 , 2014

18
19                          RONALD H. SARGIS, Judge
20                          United States Bankruptcy Court
21
22
23
24
25
26
27
28

3

# Instructions to Clerk of Court
### Service List - Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below.  The Clerk of Court will send the Order via the BNC or, if checked _____, via the U.S. mail.

**Debtor(s), Attorney for the Debtor(s), Bankruptcy Trustee (if appointed in the case),** and ___XX___ Other Persons Specified Below:

Office of the U.S. Trustee
Robert T. Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Carl W. Collins
P.O. Box 3291
Modesto, CA 95353-3291

David Foyil
Law Office of David Foyil
18 Bryson Drive
Sutter Creek, CA 95685

Timothy Brown
17480 High School Rd.
Jamestown, CA 95327

Timothy Brown
P.O. Box 458
Jamestown, CA 95327-0458

Timothy Brown
14997 Camage Rd., #A
Sonora, CA 95370

Timothy Brown
14997 Camage Rd.
Sonora, CA 95370

Michael R. Germain
945 Morning Star Drive
Sonora, CA 95370

Patrick B. Greenwell
945 Morning Star Drive
Sonora, CA 95370

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Tina M. Brown | **Case No :** | 10–94467 – E – 7 |
| | | **Date :** | 12/18/2014 |
| | | **Time :** | 10:30 |

| | |
|---|---|
| **Matter :** | [63] – Motion/Application For Contempt [CWC–4] Filed by Trustee Michael D. McGranahan (rios) |

| | | | |
|---|---|---|---|
| **Judge :** | Ronald H. Sargis | **Courtroom Deputy :** | Cecilia Jimenez |
| **Department :** | E | **Reporter :** | Laura Fowler |

**APPEARANCES for :**
**Movant(s) :**
      Trustee – Michael D. McGranahan
      Trustee's Attorney – Carl W. Collins
**Respondent(s) :**
None

HEARING CONTINUED TO: 2/12/15 at 10:30 AM Request of Parties

The hearing is continued to 10:30 a.m. on February 12, 2015.

In connection with Adversary Proceeding 12–9003 entered a judgment; which is final, no appeal taken; determining that the bankruptcy estate owned three vehicles which were in the possession of Timothy Brown. Mr. Brown was ordered to turn over the vehicles. When he failed to do so, corrective sanctions were ordered. When he repeatedly violated the court's order to turn over the vehicles, the Trustee obtained a monetary judgment for the value of the vehicles, in addition to the corrective sanctions previously ordered by the court.

CHAPTER 7 TRUSTEE'S STATUS REPORT

The Chapter 7 Trustee filed a status report on December 11, 2014. Dckt. 157.

In the status report, the Trustee states that as of December 10, 2014, the Debtor has failed to comply with the court's order. No vehicles or required documents or information has been turned over to the Trustee. No monetary sanctions have been paid to the Trustee.

On August 6, 2014, the court entered a supplemental Order for Election of Monetary Damages under Judgment (Dckt. 41) and Authorized Enforcement of Monetary Sanctions (10–49477, DCN: CWC–4) and Judgment Through Combined Writ of Execution and Other Judgment Enforcement ("Supplemental Order"). This Supplemental Order was forwarded to the Trustee's Special Counsel, David Cook, on August 11, 2014. On November 10, 2014, the court entered an Order Granting Motion for Assignment of Rights, Restraining Order and Turnover (12–09003; DCN: CCA–1).

On November 18, 2014, the court entered an Order Authorizing Process Server to Levy Execution (12–09003; Dckt. 72). On December 2, 2014, Bank of America advised David Cook of a safe deposit box in the name of Debtor, Tim Brown, which they had frozen pursuant to the Temporary Restraining Order.

On December 4, 2014, Defendant Timothy Brown filed a Chapter 13 case, Case No. 14–91596, in the Eastern District of California, Modesto Division, assigned to Judge Bardwil.

Special counsel, David Cook and Defendant's counsel, David Foyil, have entered into a Stipulation to Modify Automatic Stay to Continue Freeze Upon Safety Deposit Box Pending Further Order of the Court.

FILED

FEB 1 3 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                          )    Case No. 10-94467-E-7
                               )    Docket Control No. CWC-4
TINA M. BROWN,                 )
                               )    DATE: March 5, 2015
              Debtor.          )    TIME: 10:30 a.m.
                               )    DEPT: E
_____)

**ORDER CONTINUING MOTION FOR CONTEMPT**
**AND**
**ORDER TO APPEAR**

The court conducted a continued hearing on this Motion for
Contempt relating to the failure of Tim Brown to comply with prior
orders of this court.  The court noted that in Tim Brown's current
bankruptcy case he lists three vehicles which have previously been
determined to be property of the Tina Brown estate to be property
in which he has an interest and lists on Schedule B of his
Chapter 13 Petition.  Case N. 14-91596.  Further, Tim Brown states
under penalty of perjury on such Schedule B that the vehicles are
property of the Tina Brown bankruptcy estate.  David Foyil, Tim
Brown's attorney in this bankruptcy case is also Tim Brown's
attorney in his Chapter 13 case.  Tim Brown stating under penalty
of perjury that the vehicles are property of the Tina Brown
bankruptcy estate, cause exists for an explanation as to why he
continues in possession or control of such property which he lists

1 | on his Schedule B under penalty of perjury.

2 |     Therefore, upon review of the current motion, files in this

3 | case, the statements of penalty of perjury by Tim Brown on his

4 | Schedule filed in his Chapter 13 case, and good cause appearing;

5 | **IT IS ORDERED** that the hearing on the Motion is continued to

6 | **10:30 a.m. on March 5, 2015.**

7 | **IT IS FURTHER ORDERED** that David Foyil, who has appeared

8 | previously in this case as counsel for Tim Brown and is currently

9 | Tim Brown's attorney of record in Chapter 13 case 14-91596, to

10 | address the following:

11 |     A.  That under penalty of perjury Tim Brown states on Amended

12 | Schedule B in Chapter 13 case 14-91596 that 1997 Harley Davidson

13 | Red Fat Boy Motorcycle, 2007 Chevrolet Corvette, and 2008 Harley

14 | Davidson Crossbones are each "Asset of Related Chapter 7 Bankruptcy

15 | Estate in re Brown, Tina,"

16 |     B.  Admitting that the property is not Tim Brown's, why he

17 | lists the property on his Schedules, admits that they are owned by

18 | the Tina Brown bankruptcy estate, and has failed to turn over such

19 | property to the Trustee in the Tina Brown case; and

20 |     C.  Provide the name, address, and relationship to Tim Brown

21 | of any person that Tim Brown asserts is in possession of each of

22 | the above vehicles.

23 |     **IT IS FURTHER ORDERED** that David Foyil shall appear at the

24 | March 5, 2015 hearing in person, no telephonic appearance

25 | permitted.

26 |     **IT IS FURTHER ORDERED** that Tim Brown and David Foyil, and each

27 | of them, shall file and serve a written response listing the names,

28 | addresses, and relationship of each person who is in possession of

2

1  each of the vehicles on or before **February 28, 2015**.

2  Dated: February 13, 2015

4  RONALD H. SARGIS, Judge
5  United States Bankruptcy Court

3

# Instructions to Clerk of Court
## Service List - Not Part of Order/Judgment

**The Clerk of Court is instructed to** send the Order/Judgment or other court generated document transmitted herewith *to the parties below.* The Clerk of Court will send the Order via the BNC or, if checked _____, via the U.S. mail.

     **Debtor(s), Attorney for the Debtor(s), Bankruptcy Trustee (if appointed in the case),** and __XX__ Other Persons Specified Below:

Office of the U.S. Trustee
Robert T. Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

Tina M. Brown
P.O. Box 3931
Sonora, CA 95370

Michael R. Germain
945 Morning Star Drive
Sonora, CA 95370

Michael D. McGranahan
P.O. Box 5018
Modesto, CA 95352

Carl W. Collins
P.O. Box 3291
Modesto, CA 95353-3291

Timothy Michael Brown
17480 High School Road
Jamestown, CA 95327

David Foyil
18 Bryson Drive
Sutter Creek, CA 95685

Russell D. Greer
P.O. Box 3051
Modesto, CA 95353-3051

PAGE